IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTIE ONYEKACHI-OLEJEMEH, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 05-3219 |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff, Christie Onyekachi-Olejemeh, acting pro se, filed this action against the United States and Provident Bank, seeking relief from the effects of a writ of garnishment issued against a joint bank account maintained by plaintiff and her husband at Provident. Plaintiff's husband is indebted to the government in respect to certain student loans. Defendants, noting that plaintiff has engaged in forum shopping in her repeated efforts to avoid the loss of what she claims are her funds (which, she asserts, are not properly subject to attachment despite the joint account), have moved to dismiss. Plaintiff has opposed the motions to dismiss.

While plaintiff's quest appears to be doomed as a matter of law, the better course here is to transfer this action to the court having jurisdiction over the disputed property, namely, the United States District Court for the District of Columbia. *See* 28 U.S.C. § 1404(a). Accordingly, this case shall be transferred for consolidation with the pending garnishment proceeding. An order follows.

Filed: March 2, 2006              \_\_\_/s/_____
                                  ANDRE M. DAVIS
                                  United States District Judge